UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER PETERS** | **CIVIL ACTION** |
| **versus** | **NO. 12-663** |
| **STEVE RADER** | **SECTION: "H" (1)** |

## J U D G M E N T

The Court, having considered the petition, the record, the applicable law and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the federal petition of **Christopher Peters** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE