UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER PETERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-663** |
| **STEVE RADER** | **SECTION "H"(1)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

\_\_\_\_X\_\_\_    a certificate of appealability shall not be issued for the following reason(s):

This Court refers to the reasons previously outlined in Judge Moore's Report and Recommendations (Rec. Doc. 11) and adopted by this Court in its Order (Rec. Doc. 12) and Judgment (Rec. Doc. 13).

New Orleans, Louisiana, this 1st day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE